```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 16-61763-CIV-ZLOCH
```

AHMAD AL KHAFAJI, et al.,

    Plaintiffs,

**<u>FINAL ORDER OF DISMISSAL</u>**

vs.

MICROSOFT CORPORATION,

    Defendant.
_____/

    THIS MATTER is before the Court pursuant to the Court's Order To Show Cause (DE 5) previously entered herein, directing Plaintiffs to file, on or before <u>noon</u> on <u>Friday, February 17, 2017</u>, a memorandum showing good cause for Plaintiffs' failure to effect service of process or otherwise showing compliance with Federal Rule of Civil Procedure 4(m). In said Order, the Court notified Plaintiffs that the failure to timely file the aforementioned memorandum would result in dismissal of the above-styled cause, without prejudice and without further notice or hearing.

    The Court notes that Plaintiffs have failed to file such a memorandum. Therefore, the Court having reviewed the court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   21st   day of February, 2017.



                 WILLIAM J. ZLOCH
                 United States District Judge

Copy furnished:
All Counsel and Parties of Record